UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Melissa G. Hoffmann,

Case No.: 16-27985
Chapter: 7
Judge: KCF

### NOTICE OF PROPOSED ABANDONMENT

On 11/9/16, John M. McDonnell, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable Katherine C. Ferguson on December 13, 2016 at 11 a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 71 Barbara Drive, Hamilton, NJ - $174,000

Liens on property: $211,000

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name: John M. McDonnell
Address: 115 Maple Avenue - Red Bank, NJ, 07701
Telephone No.: 732 383 7233

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-27985-KCF
Melissa G. Hoffmann                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Nov 10, 2016
                              Form ID: pdf905          Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 12, 2016.
```
db             +Melissa G. Hoffmann,    775 Independence Avenue,    Hamilton, NJ 08610-4233
516401493      +A-1 Collection Services,    PO Box 7387,    Trenton, NJ 08628-0387
516401494     #+A-1 Collections Svc,    101 Grovers Mill Road St,    Lawrenceville, NJ 08648-4706
516401497     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998-2325)
516401498      Bank of America Home Loans,    PO Box 31785,    Tampa, FL 33631-3785
516401500      Brightwater Capital, LLC,    Ashton & Weinberg, Inc.,    1525 Old Louisquisset Pike,
                 Suite C 203,    Trenton, NJ 08610
516401504      +CBNA,    PO Box 320006,    Birmingham, AL 35232-0006
516401496     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: AT & T Universal Card,    PO Box 183113,    Columbus, OH 43218-3113)
516401502      +Capital Health Medical Center- Hopewell,    PO BOX 785831,    Philadelphia, PA 19178-5831
516401501      +Capital Health in Hamilton,    1445 Whitehorse-Mercerville Road,    Trenton, NJ 08619-3834
516401503       Capital One NA,    P.O. Box 71083,    Charlotte, NC 28272-1083
516401505      +Chase Bank USA, N. A.,    c/o Creditors Bankruptcy Services,    P.O. Box 740933,
                 Dallas, TX 75374-0933
516401506      +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
516401507      +Chase Cardmember Service,    PO Box 15153,    Wilimington, DE 19886-5153
516401508      +Citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
516401510       Comenity Bank/Avenue,    PO Box 659584,    San Antonio, TX 78265-9584
516401511      +Comenity Capital Bank,    P.O.Box 182789,    Columbus, OH 43218-2789
516401512      +Court Officer Kenneth Dickson,    Mercer County Superior Court,    PO Box 687,
                 Forked River, NJ 08731-0687
516401514      +Department Stores National Bank,    701 E 60th Street N,    Sioux Falls, SD 57104-0432
516401515       Emergency Phy. Assoc. of South Jersey,    PO Box 850001,    Orlando, FL 32885-1004
516401516       Enhanced Recovery Company, LLC,    P.O. Box 23870,    Jacksonville, FL 32241-3870
516401517       FIA Card Services,    PO Box 15019,    Wilmington, DE 19886-5019
516401519      +Gold's Gym - Lawrenceville,    4152 Quakerbridge Road,    Lawrence Township, NJ 08648-4703
516401520      +HRRG,    PO BOX 459080,    SunRise, FL 33345-9080
516401521     ++JC CHRISTENSEN & ASSOC,    PO BOX 519,    SAUK RAPIDS MN 56379-0519
               (address filed with court: JC Christensen & Associates, Inc.,    PO Box 519,
                 Sauk Rapids, MN 56379)
516401523      +Kenneth Dickson, Court Officer,    PO Box 687,    Forked River, NJ 08731-0687
516401525       Lane Bryant,    PO Box 659728,    San Antonio, TX 78265-9728
516401526      +Lenox Law Firm,    ATTN: Robert F. Casey, Esq.,    136 Franklin Corner Road,    Suite B2,
                 Lawrenceville, NJ 08648-2586
516401528       Macy's,    PO Box 183083,    Columbus, OH 43218-3083
516401529      +Northland Group,    PO Box 390846,    Minneapolis, MN 55439-0846
516401530      +Northland Group,    P.O. Box 390905,    Minneapolis, MN 55439-0905
516401533       RMB, Inc.,    Atten: Payment Processing,    409 Bearden Park Circle,    Knoxville, TN 37919-7448
516401531      +Richard P. Tackett,    71 Barbara Drive,    Trenton, NJ 08619-3903
516401532      +Richard Paul Tackett,    71 Barbara Drive,    Hamilton, NJ 08619-3903
516401534      +Robert Casey, Esquire,    Lenox Law Firm,    136 Franklin Corner Road B2,
                 Lawrence Township, NJ 08648-2586
516401536       Sears Credit Cards,    PO Box 183082,    Columbus, OH 43218-3082
516401540      +TD Bank USA/Target Credit,    POB 673,    Minneapolis, MN 55440-0673
516401539       Target Card Services,    P.O. Box 660170,    Dallas, TX 75266-0170
516401542       Verizon Wireless,    P.O. Box 25505,    Lehigh Valley, PA 18002-5505
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 10 2016 22:59:05     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 10 2016 22:59:04     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516401491       E-mail/Text: jhernandez@trafgroup.org Nov 10 2016 22:59:42     A-1 Collection Service,
                 101 Grovers Mill Road,    Suite 303,    Lawrenceville, NJ 08648-4706
516401490       E-mail/Text: jhernandez@trafgroup.org Nov 10 2016 22:59:42     A-1 Collection Service,
                 101 Grovers Mill Road,    Suite 303,    Lawrence Township, NJ 08648-4706
516401492       E-mail/Text: jhernandez@trafgroup.org Nov 10 2016 22:59:42     A-1 Collection Service,
                 PO Box 6009,    Lawrence Township, NJ 08648-0009
516401518       E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2016 22:56:23     GE Capital Bank,    PO Box 960061,
                 Orlando, FL 32896-0061
516401513       E-mail/Text: cio.bncmail@irs.gov Nov 10 2016 22:58:39     Department of the Treasury,
                 Internal Revenue Service,    P.O. Box 9052,    Andover, MA 01810-9041
516401522       E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 10 2016 22:59:16     Jefferson Capital Systems, LLC,
                 P.O. Box 23051,    Columbus, GA 31902-3051
516401524       E-mail/Text: bnckohlsnotices@becket-lee.com Nov 10 2016 22:58:28     Kohl's Payment Center,
                 PO Box 2983,    Milwaukee, WI 53201-2983
516401535      +E-mail/Text: paola.flores@rwjuh.edu Nov 10 2016 22:59:51     Robert Wood Johnson,
                 One Robert Wood Johnson Place,    New Brunswick, NJ 08901-1966
516401537       E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2016 22:55:55     Synchrony Bank,    P.O. Box 960061,
                 Orlando, FL 32896-0061
```

```
District/off: 0312-3          User: admin               Page 2 of 2              Date Rcvd: Nov 10, 2016
                              Form ID: pdf905           Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516405132        E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2016 22:56:23      Synchrony Bank,
                 c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
516401538       +E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2016 22:56:23      Synchrony Bank/GAP,
                 P.O. Box 965005,   Orlando, FL 32896-5005
516401541       +E-mail/Text: ebn@vantagesourcing.com Nov 10 2016 22:59:27      Vantage Sourcing,   PO Box 6786,
                 Dothan, AL 36302-6786
                                                                                               TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516401499*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bank of America, N.A.,    PO Box 982236,   El Paso, TX 79998-2236)
516401509*     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                 (address filed with court: Citi Cards,    PO Box 183051,   Columbus, OH 43218-3053)
516401495     ##+ARS Account Resolution Services,    1801 NW 66th Avenue,   Suite 200C,
                 Fort Lauderdale, FL 33313-4571
516401527     ##+Lynch, Osborne, Gilmore & Durst,    ATTN: T. Sandberg Durst, Esq.,   264 Nassau Street,
                 Princeton, NJ 08542-4622
                                                                                        TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2016 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Donald   Quigley    on behalf of Debtor Melissa G. Hoffmann lawoffices@quigleyfayette.com,
           donaldquigley.dq@gmail.com
          John Michael McDonnell    jmcdonnell@mchfirm.com,   jcohen@mchfirm.com;NJ95@ecfcbis.com
                                                                                               TOTAL: 3
```