**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Melissa G. Hoffmann** | Social Security number or ITIN **xxx–xx–2356** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of New Jersey** | | |
| Case number:  **16–27985–KCF** | | |

# Order of Discharge                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Melissa G. Hoffmann

12/22/16                                                    **By the court:**   Kathryn C. Ferguson
                                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                           Case No. 16-27985-KCF
Melissa G. Hoffmann                                              Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2         Date Rcvd: Dec 22, 2016
                              Form ID: 318                Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2016.
db            +Melissa G. Hoffmann,    775 Independence Avenue,    Hamilton, NJ 08610-4233
516401493     +A-1 Collection Services,    PO Box 7387,   Trenton, NJ 08628-0387
516401494    #+A-1 Collections Svc,   101 Grovers Mill Road St,    Lawrenceville, NJ 08648-4706
516401498      Bank of America Home Loans,    PO Box 31785,   Tampa, FL 33631-3785
516401500      Brightwater Capital, LLC,    Ashton & Weinberg, Inc.,    1525 Old Louisquisset Pike,
                Suite C 203,   Trenton, NJ 08610
516401504     +CBNA,   PO Box 320006,    Birmingham, AL 35232-0006
516401502     +Capital Health Medical Center- Hopewell,    PO BOX 785831,    Philadelphia, PA 19178-5831
516401501     +Capital Health in Hamilton,   1445 Whitehorse-Mercerville Road,     Trenton, NJ 08619-3834
516401505     +Chase Bank USA, N. A.,    c/o Creditors Bankruptcy Services,    P.O. Box 740933,
                Dallas, TX 75374-0933
516401512     +Court Officer Kenneth Dickson,    Mercer County Superior Court,    PO Box 687,
                Forked River, NJ 08731-0687
516401514     +Department Stores National Bank,    701 E 60th Street N,    Sioux Falls, SD 57104-0432
516401515      Emergency Phy. Assoc. of South Jersey,    PO Box 850001,    Orlando, FL 32885-1004
516401516      Enhanced Recovery Company, LLC,    P.O. Box 23870,    Jacksonville, FL 32241-3870
516401519     +Gold's Gym - Lawrenceville,    4152 Quakerbridge Road,    Lawrence Township, NJ 08648-4703
516401520     +HRRG,   PO BOX 459080,    SunRise, FL 33345-9080
516401521    ++JC CHRISTENSEN & ASSOC,    PO BOX 519,   SAUK RAPIDS MN 56379-0519
               (address filed with court: JC Christensen & Associates, Inc.,     PO Box 519,
                Sauk Rapids, MN 56379)
516401523     +Kenneth Dickson, Court Officer,    PO Box 687,    Forked River, NJ 08731-0687
516401526     +Lenox Law Firm,   ATTN: Robert F. Casey, Esq.,     136 Franklin Corner Road,   Suite B2,
                Lawrenceville, NJ 08648-2586
516401529     +Northland Group,    PO Box 390846,   Minneapolis, MN 55439-0846
516401530     +Northland Group,    P.O. Box 390905,   Minneapolis, MN 55439-0905
516401533      RMB, Inc.,   Atten: Payment Processing,    409 Bearden Park Circle,    Knoxville, TN 37919-7448
516401531     +Richard P. Tackett,    71 Barbara Drive,   Trenton, NJ 08619-3903
516401532     +Richard Paul Tackett,    71 Barbara Drive,   Hamilton, NJ 08619-3903
516401534     +Robert Casey, Esquire,    Lenox Law Firm,   136 Franklin Corner Road B2,
                Lawrence Township, NJ 08648-2586

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 23 2016 00:03:41      U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 23 2016 00:03:39      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center, Suite 2100,
                Newark, NJ 07102-5235
516401491      E-mail/Text: jhernandez@trafgroup.org Dec 23 2016 00:04:12      A-1 Collection Service,
                101 Grovers Mill Road,    Suite 303,   Lawrenceville, NJ 08648-4706
516401490      E-mail/Text: jhernandez@trafgroup.org Dec 23 2016 00:04:12      A-1 Collection Service,
                101 Grovers Mill Road,    Suite 303,   Lawrence Township, NJ 08648-4706
516401492      E-mail/Text: jhernandez@trafgroup.org Dec 23 2016 00:04:12      A-1 Collection Service,
                PO Box 6009,    Lawrence Township, NJ 08648-0009
516401497      EDI: BANKAMER.COM Dec 22 2016 23:53:00      Bank of America,   PO Box 982235,
                El Paso, TX 79998-2325
516401499      EDI: BANKAMER.COM Dec 22 2016 23:53:00      Bank of America, N.A.,    PO Box 982236,
                El Paso, TX 79998-2236
516401496      EDI: CITICORP.COM Dec 22 2016 23:53:00      AT & T Universal Card,    PO Box 183113,
                Columbus, OH 43218-3113
516401509      EDI: CITICORP.COM Dec 22 2016 23:53:00      Citi Cards,   PO Box 183051,
                Columbus, OH 43218-3053
516401503      EDI: CAPITALONE.COM Dec 22 2016 23:53:00      Capital One NA,   P.O. Box 71083,
                Charlotte, NC 28272-1083
516401506     +EDI: CHASE.COM Dec 22 2016 23:53:00      Chase Card,   PO Box 15298,    Wilmington, DE 19850-5298
516401507     +EDI: CHASE.COM Dec 22 2016 23:53:00      Chase Cardmember Service,    PO Box 15153,
                Wilimington, DE 19886-5153
516401508     +EDI: CITICORP.COM Dec 22 2016 23:53:00      Citi,   PO Box 6241,    Sioux Falls, SD 57117-6241
516401510      EDI: WFNNB.COM Dec 22 2016 23:53:00      Comenity Bank/Avenue,   PO Box 659584,
                San Antonio, TX 78265-9584
516401511     +EDI: WFNNB.COM Dec 22 2016 23:53:00      Comenity Capital Bank,   P.O.Box 182789,
                Columbus, OH 43218-2789
516401517      EDI: BANKAMER.COM Dec 22 2016 23:53:00      FIA Card Services,   PO Box 15019,
                Wilmington, DE 19886-5019
516401518      EDI: RMSC.COM Dec 22 2016 23:53:00      GE Capital Bank,   PO Box 960061,
                Orlando, FL 32896-0061
516401513      EDI: IRS.COM Dec 22 2016 23:53:00      Department of the Treasury,    Internal Revenue Service,
                P.O. Box 9052,    Andover, MA 01810-9041
516401522      EDI: JEFFERSONCAP.COM Dec 22 2016 23:53:00      Jefferson Capital Systems, LLC,    P.O. Box 23051,
                Columbus, GA 31902-3051
516401524      EDI: CBSKOHLS.COM Dec 22 2016 23:53:00      Kohl's Payment Center,    PO Box 2983,
                Milwaukee, WI 53201-2983
516401525      EDI: WFNNB.COM Dec 22 2016 23:53:00      Lane Bryant,   PO Box 659728,
                San Antonio, TX 78265-9728
```

```
District/off: 0312-3          User: admin              Page 2 of 2                   Date Rcvd: Dec 22, 2016
                              Form ID: 318             Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516401528        EDI: TSYS2.COM Dec 22 2016 23:53:00      Macy's,    PO Box 183083,    Columbus, OH 43218-3083
516401535       +E-mail/Text: paola.flores@rwjuh.edu Dec 23 2016 00:04:23      Robert Wood Johnson,
                 One Robert Wood Johnson Place,    New Brunswick, NJ 08901-1966
516401536        EDI: SEARS.COM Dec 22 2016 23:53:00      Sears Credit Cards,    PO Box 183082,
                 Columbus, OH 43218-3082
516401537        EDI: RMSC.COM Dec 22 2016 23:53:00      Synchrony Bank,    P.O. Box 960061,
                 Orlando, FL 32896-0061
516405132        EDI: RMSC.COM Dec 22 2016 23:53:00      Synchrony Bank,
                 c/o of Recovery Management Systems Corp,     25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
516401538       +EDI: RMSC.COM Dec 22 2016 23:53:00      Synchrony Bank/GAP,    P.O. Box 965005,
                 Orlando, FL 32896-5005
516401540       +EDI: WTRRNBANK.COM Dec 22 2016 23:53:00       TD Bank USA/Target Credit,    POB 673,
                 Minneapolis, MN 55440-0673
516401539        EDI: WTRRNBANK.COM Dec 22 2016 23:53:00       Target Card Services,    P.O. Box 660170,
                 Dallas, TX 75266-0170
516401541       +E-mail/Text: ebn@vantagesourcing.com Dec 23 2016 00:04:03       Vantage Sourcing,    PO Box 6786,
                 Dothan, AL 36302-6786
516401542        EDI: VERIZONWIRE.COM Dec 22 2016 23:53:00       Verizon Wireless,    P.O. Box 25505,
                 Lehigh Valley, PA 18002-5505
                                                                                               TOTAL: 31

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516401495    ##+ARS Account Resolution Services,    1801 NW 66th Avenue,    Suite 200C,
               Fort Lauderdale, FL 33313-4571
516401527    ##+Lynch, Osborne, Gilmore & Durst,    ATTN: T. Sandberg Durst, Esq.,    264 Nassau Street,
               Princeton, NJ 08542-4622
                                                                                      TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donald  Quigley    on behalf of Debtor Melissa G. Hoffmann lawoffices@quigleyfayette.com,
               donaldquigley.dq@gmail.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,   jcohen@mchfirm.com;NJ95@ecfcbis.com
                                                                                             TOTAL: 3
```